IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Faustina L

Printed: 12/10/08

Case Number: 06 B 06402
Judge: Hollis, Pamela S
Filed: 6/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 27, 2008
Confirmed: July 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,050.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,944.30 |
| Trustee Fee: |  | 105.70 |
| Other Funds: |  | 0.00 |
| Totals: | 2,050.00 | 2,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 239.50 | 239.50 |
| 2. | Zalutsky & Pinski Ltd | Administrative | 2,854.00 | 1,704.80 |
| 3. | Grossinger Auto | Unsecured | 304.66 | 0.00 |
| 4. | Gottlieb Memorial Hospital | Unsecured | 3.50 | 0.00 |
| 5. | BA Feller Company | Unsecured | 105.00 | 0.00 |
| 6. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 1,785.81 | 0.00 |
| 7. | Trojan Professional | Unsecured |  | No Claim Filed |
| 8. | Centrix Financial A/K/A FlatIron Fin | Unsecured |  | No Claim Filed |
| 9. | Black Impression | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Gottlieb Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | Nicor Gas | Unsecured |  | No Claim Filed |
| 13. | HSBC | Unsecured |  | No Claim Filed |
| 14. | Village Of Berkley | Unsecured |  | No Claim Filed |
| 15. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 16. | SBC | Unsecured |  | No Claim Filed |
| 17. | Midwest Open MRI | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,292.47 | $ 1,944.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 17.50 |
| 4.8% | 28.80 |
| 5.4% | 59.40 |
|  | $ 105.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Thomas, Faustina L

Printed: 12/10/08

Case Number:  06 B 06402
Judge:  Hollis, Pamela S
Filed:  6/2/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

